# FINANCIAL INSTITUTIONS APPROVED AS DEPOSITORIES
## OF TRUST ACCOUNTS OF ATTORNEYS

**Bank Code        A.**

| | |
|---|---|
| 595 | Abacus Federal Savings Bank |
| 2 | ACNB Bank |
| 613 | Allegent Community Federal Credit Union |
| 375 | Altoona First Savings Bank |
| 376 | Ambler Savings Bank |
| **532** | **AMERICAN BANK (PA)** |
| 615 | Americhoice Federal Credit Union |
| **116** | **AMERISERV FINANCIAL** |
| 648 | Andover Bank (The) |
| 377 | Apollo Trust Company |

**Bank Code        B.**

| | |
|---|---|
| 558 | Bancorp Bank (The) |
| 485 | Bank of America, NA |
| **662** | **BANK OF BIRD-IN-HAND** |
| 415 | Bank of Landisburg (The) |
| 596 | Bank of Princeton (The) |
| 664 | BankUnited, NA |
| 501 | BELCO Community Credit Union |
| **673** | **BENCHMARK FEDERAL CREDIT UNION** |
| 652 | Berkshire Bank |
| 663 | BHCU |
| 5 | BNY Mellon, NA |
| 392 | Brentwood Bank |
| 495 | Brown Brothers Harriman Trust Co., NA |

**Bank Code        C.**

| | |
|---|---|
| 654 | CACL Federal Credit Union |
| 618 | Capital Bank, NA |
| **675** | **CENTRE 1ST BANK, A DIVISION OF OLD DOMINION NATIONAL BANK** |
| **394** | **CFS BANK** |
| 623 | Chemung Canal Trust Company |
| 599 | Citibank, NA |
| 238 | Citizens & Northern Bank |
| 561 | Citizens Bank, NA |
| 206 | Citizens Savings Bank |
| 576 | Clarion County Community Bank |
| 591 | Clearview Federal Credit Union |
| 23 | CNB Bank |
| 223 | Commercial Bank & Trust of PA |

| | |
|---|---|
| 21 | Community Bank (PA) |
| 371 | Community Bank, NA (NY) |
| 132 | Community State Bank of Orbisonia |
| 380 | County Savings Bank |
| 536 | Customers Bank |

**Bank Code        D.**

| | |
|---|---|
| 339 | Dime Bank (The) |
| 27 | Dollar Bank, FSB |

**Bank Code        E.**

| | |
|---|---|
| 500 | Elderton State Bank |
| 567 | Embassy Bank for the Lehigh Valley |
| 541 | Enterprise Bank |
| 28 | Ephrata National Bank |
| 601 | Esquire Bank, NA |
| 340 | ESSA Bank & Trust |

**Bank Code        F.**

| | |
|---|---|
| 629 | 1st Colonial Community Bank |
| 158 | 1st Summit Bank |
| 31 | F & M Trust Company – Chambersburg |
| 658 | Farmers National Bank of Canfield |
| 34 | Fidelity Deposit & Discount Bank (The) |
| 583 | Fifth Third Bank |
| 661 | First American Trust, FSB |
| 643 | First Bank |
| 174 | First Citizens Community Bank |
| 539 | First Commonwealth Bank |
| 674 | First Commonwealth Federal Credit Union |
| 504 | First Federal S & L Association of Greene County |
| 525 | First Heritage Federal Credit Union |
| 42 | First Keystone Community Bank |
| 51 | First National Bank & Trust Company of Newtown (The) |
| 48 | First National Bank of Pennsylvania |
| 426 | First Northern Bank & Trust Company |
| 604 | First Priority Bank, a division of Mid Penn Bank |
| **592** | **FIRST RESOURCE BANK** |

| | | | | |
|---|---|---|---|---|
| 657 | First United Bank & Trust | | **Bank Code** | **K.** |
| 408 | First United National Bank | | | |
| 151 | Firstrust Savings Bank | | 651 | KeyBank NA |
| 416 | Fleetwood Bank | | 414 | Kish Bank |
| 175 | FNCB Bank | | | |
| **647** | **FORBRIGHT BANK** | | | |
| 291 | Fox Chase Bank | | **Bank Code** | **L.** |
| 241 | Franklin Mint Federal Credit Union | | | |
| 639 | Freedom Credit Union | | 78 | Luzerne Bank |
| 58 | Fulton Bank, NA | | | |

**Bank Code    G.**

| | |
|---|---|
| 499 | Gratz Bank (The) |
| 498 | Greenville Savings Bank |

**Bank Code    M.**

| | |
|---|---|
| 361 | M & T Bank |
| 510 | Marion Center Bank |
| 387 | Marquette Savings Bank |
| 367 | Mauch Chunk Trust Company |
| 511 | MCS (Mifflin County Savings) Bank |
| 641 | Members 1st Federal Credit Union |
| 555 | Mercer County State Bank |
| 192 | Merchants Bank of Bangor |
| 671 | Merchants Bank of Indiana |
| 610 | Meridian Bank |
| 294 | Mid Penn Bank |
| **276** | **MIFFLINBURG BANK & TRUST COMPANY** |
| 457 | Milton Savings Bank |

**Bank Code    H.**

| | |
|---|---|
| 244 | Hamlin Bank & Trust Company |
| 362 | Harleysville Savings Bank |
| 363 | Hatboro Federal Savings |
| 463 | Haverford Trust Company (The) |
| 606 | Hometown Bank of Pennsylvania |
| 68 | Honesdale National Bank (The) |
| 605 | Huntington National Bank (The) |
| 608 | Hyperion Bank |

**Bank Code    N.**

| | |
|---|---|
| 433 | National Bank of Malvern |
| 168 | NBT Bank, NA |
| 347 | Neffs National Bank (The) |
| **434** | **NEW TRIPOLI BANK** |
| 15 | NexTier Bank, NA |
| 666 | Northern Trust Co. |
| 439 | Northumberland National Bank (The) |
| 93 | Northwest Bank |

**Bank Code    I.**

| | |
|---|---|
| 669 | Industrial Bank |
| 365 | InFirst Bank |
| 668 | Inspire FCU |
| 557 | Investment Savings Bank |
| 526 | Iron Workers Savings Bank |

**Bank Code    J.**

| | |
|---|---|
| 70 | Jersey Shore State Bank |
| 127 | Jim Thorpe Neighborhood Bank |
| 488 | Jonestown Bank & Trust Company |
| 191 | Journey Bank |
| 659 | JPMorgan Chase Bank, NA |
| **72** | **JUNIATA VALLEY BANK (THE)** |

**Bank Code    O.**

| | |
|---|---|
| 653 | OceanFirst Bank |
| 489 | OMEGA Federal Credit Union |
| 94 | Orrstown Bank |

| Bank Code | P. | | Bank Code | T. |
|---|---|---|---|---|
| **598** | **PARKE BANK** | | 638 | 3Hill Credit Union |
| 584 | Parkview Community Federal Credit Union | | 143 | TD Bank, NA |
| 40 | Penn Community Bank | | **656** | **TIOGA FRANKLIN SAVINGS BANK** |
| 540 | PennCrest Bank | | 182 | Tompkins Community Bank |
| 419 | Pennian Bank | | 660 | Top Tier FCU |
| 447 | Peoples Security Bank & Trust Company | | 577 | Traditions Bank |
| 99 | PeoplesBank, a Codorus Valley Company | | 609 | Tristate Capital Bank |
| 556 | Philadelphia Federal Credit Union | | 672 | Truist Bank |
| 448 | Phoenixville Federal Bank & Trust | | 640 | TruMark Financial Credit Union |
| 665 | Pinnacle Bank | | 467 | Turbotville National Bank (The) |
| 79 | PNC Bank, NA | | | |
| 449 | Port Richmond Savings | | | |
| 667 | Premier Bank | | **Bank Code** | **U.** |
| 354 | Presence Bank | | | |
| 451 | Progressive-Home Federal Savings & Loan Association | | 483 | UNB Bank |
| 637 | Provident Bank | | 481 | Union Building and Loan Savings Bank |
| 491 | PS Bank | | 634 | United Bank, Inc. |
| | | | 472 | United Bank of Philadelphia |
| | | | 475 | United Savings Bank |
| **Bank Code** | **Q.** | | 600 | Unity Bank |
| | | | 232 | Univest Bank & Trust Co. |
| 107 | QNB Bank | | | |
| 560 | Quaint Oak Bank | | | |
| | | | **Bank Code** | **V.** |
| | | | | |
| **Bank Code** | **R.** | | 611 | Victory Bank (The) |
| | | | | |
| 452 | Reliance Savings Bank | | **Bank Code** | **W.** |
| | | | | |
| | | | 119 | Washington Financial Bank |
| **Bank Code** | **S.** | | 121 | Wayne Bank |
| | | | **631** | **WELLS FARGO BANK, NA** |
| 153 | S & T Bank | | 553 | WesBanco Bank, Inc. |
| 316 | Santander Bank, NA | | 494 | West View Savings Bank |
| 460 | Second Federal S & L Association of Philadelphia | | 473 | Westmoreland Federal S & L Association |
| 646 | Service 1st Federal Credit Union | | 476 | William Penn Bank |
| 458 | Sharon Bank | | 272 | Woodlands Bank |
| 462 | Slovenian Savings & Loan Association of Franklin-Conemaugh | | 573 | Woori America Bank |
| **486** | **SOMERSET TRUST COMPANY** | | 630 | WSFS (Wilmington Savings Fund Society), FSB |
| 633 | SSB Bank | | | |
| 122 | Susquehanna Community Bank | | **Bank Code** | **X.** |

**Bank Code** **Y.**

**Bank Code** **Z.**

## PLATINUM LEADER BANKS

The **HIGHLIGHTED ELIGIBLE INSTITUTIONS** are Platinum Leader Banks – Institutions that go above and beyond eligibility requirements to foster the IOLTA Program. These Institutions pay a net yield at the higher of 1% or 75 percent of the Federal Funds Target Rate on all PA IOLTA accounts. They are committed to ensuring the success of the IOLTA Program and increased funding for legal aid.

## IOLTA EXEMPTION

Exemptions are not automatic. If you believe you qualify, you must apply by sending a written request to the IOLTA Board's executive director: 601 Commonwealth Avenue, Suite 2400, P.O. Box 62445, Harrisburg, PA 17106-2445. If you have questions concerning IOLTA or exemptions from IOLTA, please visit their website at www.paiolta.org or call the IOLTA Board at (717) 238-2001 or (888) PAIOLTA.

**April 2024**